**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------x
UNITED STATES OF AMERICA,

    -against-

JOSE RODRIGUEZ,

                  Defendant.
------------------------------------x

SCHEDULING ORDER

09 Cr. 195 (GBD)

GEORGE B. DANIELS, United States District Judge:

The conference scheduled for November 29, 2023 is adjourned to December 19, 2023 at 10:00 a.m.

Dated: New York, New York
November 27, 2023

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
United States District Judge