**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

UNITED STATES OF AMERICA,

    -against-

JOSE RODRIGUEZ,

                      Defendant.

------------------------------------- x

**SCHEDULING ORDER**

09 Cr. 195 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The sentencing scheduled for December 19, 2023 is adjourned to January 10, 2024 at 10:00 a.m.

Dated: New York, New York
       December 18, 2023

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE