UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,               :
                                        :
        -against-                       :
                                        :       SCHEDULING ORDER
                                        :
JOSE RODRIGUEZ,                         :       09 Cr. 195 (GBD)
                                        :
                        Defendant.      :
------------------------------------x

GEORGE B. DANIELS, United States District Judge:

The sentencing scheduled for January 10, 2024 is hereby adjourned to January 16, 2024 at 10:00 a.m.

Dated: New York, New York
       January 8, 2023

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
United States District Judge